**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2166**

GLORIA ROBINSON JOHNSON,

              Plaintiff - Appellant,

       v.

MASONITE INTERNATIONAL CORPORATION,

              Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   J. Michelle Childs, District Judge.  (5:14-cv-02188-JMC)

Submitted:  January 29, 2016        Decided:  February 9, 2016

Before KING, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gloria Robinson Johnson, Appellant Pro Se.  Gavin Stone Appleby, Emily D. Shoda, LITTLER MENDELSON PC, Atlanta, Georgia; Danny Michael Henthorne, LITTLER MENDELSON PC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Robinson Johnson appeals the district court's order accepting the recommendation of the magistrate judge and entering judgment in favor of Appellee on Johnson's age discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. Masonite Int'l Corp.</u>, No. 5:14-cv-02188-JMC (D.S.C. Sept. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>